**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1933**

_____

In re:  ANTHONY LEE BELCHER,

                    Petitioner.

_____

On Petition for Writ of Mandamus
(1:92-cr-00051-MFU-RSB-1; 1:14-cv-80724)

_____

Submitted:  January 21, 2015          Decided:  February 2, 2015

_____

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Anthony Lee Belcher, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee Belcher petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to dismiss indictment, conviction and sentence, filed on February 27, 2014. He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet discloses that Belcher's February 27, 2014 motion was denied by the court on April 25, 2014. To the extent such motion was contrued as under 28 U.S.C. § 2255 (2012), the court dismissed it without prejudice. Accordingly, because the district court has already acted on all motions filed by Belcher on February 27, 2014, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2